```
 1  DORON WEINBERG (SBN 46131)
    LAW OFFICES OF DORON WEINBERG
 2  523 Octavia Street
    San Francisco, CA 94102
 3  Telephone: (415) 431-3472
    Facsimile:  (415) 552-2703
 4  Email: doronweinberg@aol.com

 5
    Attorney for Defendant
 6  HEATHER YIN
```

 7                 UNITED STATES DISTRICT COURT

 8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )    **Case No. CR-11-0686 JW**
                                 )
11         Plaintiff,            )    **STIPULATION PERMITTING**
                                 )    **TRAVEL OUTSIDE DISTRICT**;
12     vs.                       )    ~~(PROPOSED)~~ **ORDER**
                                 )
13  HEATHER YIN, et. al.,        )
                                 )
14         Defendants.           )
                                 )
15  _____)

16      IT IS HEREBY STIPULATED by and between the parties, Plaintiff United States of

17  America, through Assistant United States Attorney David R. Calloway, and Defendant Heather

18  Yin, through her attorney, Doron Weinberg, that Defendant may travel outside the Northern

19  District of California to Las Vegas, NV, on or about Friday, November 4, 2011 for the purpose

20  of visiting with her sister. While in Las Vegas, Defendant will stay at the home of her sister,

21  located at 6775 Whipplewood Way, Las Vegas, NV 89148.  Defendant's sister's phone number

22  is (702) 321-4290.  Defendant will return to the Northern District of California on or before

23  Friday, November 11, 2011.

24  ///

25  ///

26  ///

27

28  Stipulation Permitting Travel Outside
    District; ~~(Proposed)~~ Order (Case No. CR-11-0686 JW)          1

1   Defendant agrees to maintain contact as directed by the U.S. Pretrial Services office.

2

3   Dated:   November 1, 2011              LAW OFFICES OF DORON WEINBERG

4

5                                            /s/   Doron Weinberg
                                           DORON WEINBERG
6
                                           Attorney for Defendant
7                                          HEATHER YIN

8
   Dated: November 1, 2011                 MELINDA HAAG
9                                          United States Attorney

10

11                                         By: /s/ David R. Calloway
                                           DAVID R. CALLOWAY
12                                         Assistant United States Attorney
                                           Attorney for Plaintiff
13                                         United States of America

14
   **IT IS SO ORDERED:**
15

16
   Dated: November 2, 2011                 _____
17                                         HONORABLE JAMES WARE
                                           Chief Judge, U.S. District Court
18

19

20

21

22

23

24

25

26

27

28  Stipulation Permitting Travel Outside
    District; (Proposed) Order (Case No. CR-11-0686 JW)      2