1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5
   Attorney for Defendant
6  HEATHER YIN

7                  UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )    **Case No. CR-11-0686 JSW**
10                              )
                Plaintiff,      )    **STIPULATION PERMITTING**
11                              )    **INTERNATIONAL TRAVEL, AND**
        vs.                     )    **TEMPORARY RETURN OF**
12                              )    **PASSPORT;** ~~**(PROPOSED)**~~ **ORDER**
   HEATHER YIN, et. al.,        )
13                              )
                Defendants.     )
14                              )
   _____ )
15

16        IT IS HEREBY STIPULATED by and between the parties, Plaintiff United States of

17  America, through Assistant United States Attorney John Hemann, and Defendant Heather Yin,

18  through her attorney, Doron Weinberg, that Defendant may travel from the Northern District of

19  California to Hong Kong and Taiwan, on or after December 10, 2012 for the purpose of visiting

20  with family members during the holidays. While in Taiwan, Defendant will reside with her

21  grandparents, and will be available through cell phone number +886 987 722 228. While in

22  Hong Kong, Defendant will be staying with the family of Frank Chan, and will also be available

23  at the above-referenced cell phone number.   Defendant will return to the Northern District of

24  California on or before January 15, 2013.

25        This Stipulation is entered into with the consent of Defendant's surety Frank Chan whom

26  Defendant will be traveling with.

27  _____

28  Stipulation Permitting International Travel, and Temporary Return
    of Passport; ~~(Proposed)~~ Order (Case No. CR-11-0686 JSW)          1

1    IT IS FURTHER STIPULATED that Defendant may obtain her passport from the Clerk

2    of the Court on or before December 7, 2012 and shall return it to the Clerk's office no later than

3    January 17, 2013.

4    Josh Libby, Defendant Yin's Pretrial Services Officer, has indicated that he has no

5    objection to the travel requested herein, as long as Ms. Yin maintains contact as directed with the

6    U.S. Pretrial Services Office while she is away.

7

8    Dated: November 26, 2012                    LAW OFFICES OF DORON WEINBERG

9

10                                                  /s/  Doron Weinberg
                                                   DORON WEINBERG
11
                                                   Attorney for Defendant
12                                                 HEATHER YIN

13
     Dated: November 26, 2012                    MELINDA HAAG
14                                               United States Attorney

15

16                                          By: /s/ John Hemann
                                                JOHN HEMANN
17                                              Assistant United States Attorney
                                                Attorney for Plaintiff
18                                              United States of America

19
     **IT IS SO ORDERED:**
20

21

22   Dated:  November 29, 2012          _____
                                        HONORABLE JACQUELINE SCOTT CORLEY
23                                      MAGISTRATE JUDGE, U.S. DISTRICT COURT

24

25

26

27
     _____
28   Stipulation Permitting International Travel, and Temporary Return
     of Passport; (Proposed) Order (Case No. CR-11-0686 JSW)           2